In the Matter of the Application of DAVID REICHMILLER, Respondent, against GEORGE J. GILLESPIE and HENRY HESTERBERG, as Surviving Members of and

Constituting the Board of Water Supply of the City of New York, Appellants.— Order granting petitioner's motion for a peremptory order of mandamus directing defendants to reinstate petitioner as engineering inspector, grade 4, in the board of water supply of the city of New York, unanimously modified by eliminating all provisions for payment of salary to the petitioner for the period of his suspension, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.